IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK<br>1 Massachusetts Avenue NW<br>Washington, D.C. 20001<br>          *Plaintiff,*<br><br>v.<br><br>WICKERSHAM CONSTRUCTION AND ENGINEERING, INC.<br>777 East Ross Street<br>Lancaster, PA 17602<br>          *Defendant.* | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br>No. |

## DECLARATORY JUDGMENT ACTION

### THE PARTIES

1. The Plaintiff is the National Railroad Passenger Corporation, a/k/a Amtrak. Amtrak is a Corporation created by an Act of Congress with its headquarters and principal place of business at 60 Massachusetts Avenue, N.E., Third Floor East, Washington, DC 20002.

2. Defendant is Wickersham Construction and Engineering, Inc., a Pennsylvania Corporation with its principal place of business at 777 East Ross Street, Lancaster PA 17602.

### JURISDICTION

3. This Honorable Court has subject matter jurisdiction over this action by virtue of 28 U.S.C. § 1331. The United States Government owns at least 50% of the common stock of National Railroad Passenger Corporation.

### VENUE

4. This action arises from an accident which occurred at the Middletown Passenger Rail Station in Dauphin County which is within the jurisdictional limits of this Honorable Court.

## THE ACTION

5. Amtrak seeks a declaration of its rights against Wickersham Construction and Engineering, Inc. Wickersham Construction Company was a contractor employed under a contract between Amtrak and Pennsylvania Department of Transportation wherein improvements were being made to a rail station. PennDOT owns most of the land on which the project was being performed. Amtrak owns the track and abutting areas.

6. Pursuant to contract, Amtrak had granted a temporary permit to Wickersham Construction Company to enter upon property. This contract was dated August 6, 2020. A copy of that is attached as Exhibit A. Along with the permit, the parties agreed to the provisions of Attachments A and B thereto. Pursuant to the terms of the permit, paragraph 3, Wichersham Construction and Engineering, Inc. agreed to indemnify Amtrak and to pay for the costs of defense and attorney fees for any actions arising from injury, death or disease of any person "arising out of or in any degree directly or indirectly caused by or resulting from activities of or work performed by railroad and/or permittee…in connection with this temporary permit."

7. Pursuant to the temporary permit, Attachment B, Defendant was responsible to obtain general liability and railroad protective liability insurance as set forth in the permit.

8. On or about August 26, 2021, an employee of the Plaintiff, Christopher Laatsch, was performing protective services for Defendant or Defendant's subcontractors. In the course of providing this work, he assisted Wickersham Construction and Engineering or its subcontractor by moving a piece of wood adjacent to a rail so that an excavator could be moved over the tracks. In doing so, Laatsch allegedly sustained injuries.

9. Pursuant to the Federal Employers' Liability Act, Mr. Laatsch filed suit against Amtrak under the statute for injuries and damages sustained in assisting the contractor or contractor's subcontractor. He filed suit in the Court of Common Pleas of Philadelphia County at May Term, 2024, No. 00311. A copy of that Complaint is attached as Exhibit B.

10. Plaintiff has made demand of Wickersham Construction and Engineering for defense and indemnification, but to date no actions have been taken by the Defendant to provide a defense or a promise to indemnity in the event that a verdict or settlement is reached in the FELA suit.

WHEREFORE, Plaintiff respectfully requests the Court enter a judgment declaring that Wickersham Construction and Engineering, Inc. does owe a defense to and indemnification of Amtrak in the Christopher Laatsch matter.

Date: 3/26/25

Respectfully submitted,

STEPHEN S. DOUGHERTY, ESQUIRE
Identification No.: 312027
HOHN & SCHEÜERLE, LLC
1700 Market Street
Suite 3242
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
Our File #9500.327
sdougherty@dverdict.com

Attorney for Plaintiff,
National Railroad Passenger Corporation,
a/k/a Amtrak